# UNITED STATES BANKRUPTCY COURT
### District of New Hampshire

In Re    Christopher M.A. Thonet & Dieuwertje W. Thonet        Case No.   05-15394-MWV
                                                                            (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation ofthe debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2005(db) | $22,000 | Gross revenues of Thonet Development |
| 2004(db) | $8,349 | Gross revenues of Thonet Development |
| 2003(db) | $10,370 | Gross revenues of Thonet Development |
| | | |
| 2005(jdb) | $9,600 | Gross revenues of MortgageMade4You.com |
| 2004(jdb) | $11,405 | Gross revenues of MortgageMade4You.com |
| 2003(jdb) | $31,861 | Gross revenues of MortgageMade4You.dom |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| (db) | | |
| 2003(db) | $2,030 | Gross rents received |
| 2004(jdb) | $37 | Interest |
| 2003(jdb) | $29 | Interest |

None ☐

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Select Portfolio Services<br>10401 Deerwood Park<br>Jacksonville, FL  32256 | 7/22,8/24,9/22/05 | $1,288 each | 240,000 |
| Chase Home Equity Loan Servicing<br>P.O. Box 24714<br>Columbus, OH  43224 | 8/8,9/2,10/3/05 | $645,$736,$657 | $65,000 |
| St. Mary's Bank<br>P.O. Box 720<br>Manchester, NH 03105-0720 | 6/29; 7/30; 8/29; 9/30/05 | 395.00 each | $13,820.00 |
| First Horizon Home Loans<br>400 Horizon Way<br>Irving, TX  75063 | 7/07/05; 8/04/05; 9/09/05 | $1,350.56 each | $205,000.00 |
| Wells Fargo Bank, N.A.<br>P.O. Box 4233<br>Portland, OR  97208-4233 | 7/8;8/16;9/16/05 | $302; $320; $340 | $53,000.00 |
| American Express<br>P.O. Box 1270<br>Newark, NJ  07101-1270 | 7/19;8/9;8/15/05 | $3,200;$3,256;$1,527 $49,775 | $49,775 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Public Service of New Hampshire<br>P.O. Box 360<br>Manchester, NH 03105-0360 | 6/17;7/25;8/20;9/22/05 | $270;$265;$272;$233 | 0 |

None  *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None  *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None  a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None  b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

**5.   Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
☒   of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None  a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒   the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None  b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒   year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case,
☒   except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement
☒  of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must
include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐  consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Grenville Clark III<br>Gray, Wendell & Clark, P.C.<br>650 Elm St.<br>Manchester, NH 03101 | | $959 |

**10.  Other transfers**

None  a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☐  of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Amsterdam Financial Services Corp.<br>426 S. Main Street, Suite 201<br>Laconia, NH 03246<br> Relationship: Owned by Mrs. Thonet | 6/13/2005 | All business assets of MortgageMade4You.com - value: $2,250.00, for 100% stock in Ansterdam Financial Services Corp. |
| Technical Development Services, LLC<br>426 S. Main Street, Suite 201<br>Laconia, NH 03246<br><br> Relationship: Owned by Mr. Thonet | 3/25/2005 | All business assets of Thonet Development, TDS and TDStipping - value: $5,775.00 -- for 100% member interest in Technical Development Services, LLC |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| U.S. Bank | 401(k) account # = debtor's social security number Closing Balance: 664.94 | Dec., 2004 |

### 12.  Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None  List all property owned by another person that the debtor holds or controls.

☒

| NAME AND | DESCRIPTION AND | LOCATION OF PROPERTY |
| ADDRESS OF OWNER | VALUE OF PROPERTY | |

**15.  Prior address of debtor**

None

☒  If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**16.  Spouses and Former Spouses**

None

☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.  Nature, location and name of business**

None
☐

a.        If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Cornelus Properties | Debtor's SS # | 58 Witham Road, Belmont, NH 03220 | Reveiving rents and holding escrow | 1999 - present |
| Thonet Development | Debtor's SS # | 58 Witham Road, Belmont, NH | Sandblasting, machine shop | 1997 - March, 2005 |
| TD Stripping | Debtor's SS # | 58 Witham Road, Belmont, NH | Same as Thonet Development | 1997 - March, 2005 |
| TDS | Debtor's SS # | 58 Witham Road, Belmont, NH | Same as Thonet Development | 1997 - March, 2005 |
| Technical Development Services, LLC | 34-2042271 | 426 S. Main St., Ste. 201 Laconia, NH 03246 | Machine shop | March 25, 2005 - present |
| MortgageMade4You.com | 80-0061732 | 426 S. Main St., Ste. 200 Laconia, NH 03246 | Mortgage brokerage | May, 2001 - June, 2005 |
| Ansterdam Financial Corp. d/b/a MortgageMade4You.com | 16-1730298 | 426 S. Main St., Ste. 200 Laconia, NH 03246 | Mortgage brokerage | June, 2005 - present |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-------------------------|---------|--------------------|-----------------------------|
| AstroWebsite.com | Debtor's SS # | 58 Witham Road, Belmont, NH | Personalized horoscopes | Dec., 2004 - present |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                         ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None
☐

a.      List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                            DATES SERVICES RENDERED

Malone, Dirubbe & Co., P.C.                                 Tax seasons, 2004 & 2005
501 Union Ave., Ste. 1
Laconia, NH 03246-2817

None
☐

b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement  of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| Malone, Dirubbo & Co., P.C. | 501 Union Ave., Ste. 1 Laconia, NH 03246-2807 | Tax seasons 2004 & 2005 |

None ☐    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

         NAME                                ADDRESS

In debtors' possession

None ☒    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

     NAME AND ADDRESS                          DATE
                                                    ISSUED

**20.  Inventories**

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

     DATE OF INVENTORY             INVENTORY SUPERVISOR       DOLLAR AMOUNT OF INVENTORY
                                                              (Specify cost, market or other basis)

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

     DATE OF INVENTORY                            NAME AND ADDRESSES OF CUSTODIAN OF
                                                           INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

     NAME AND ADDRESS             NATURE OF INTEREST             PERCENTAGE OF INTEREST

None ☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

     NAME AND ADDRESS                    TITLE                NATURE AND PERCENTAGE OF
                                                                  STOCK OWNERSHIP

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

**22.  Former partners, officers, directors and shareholders**

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒  preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None  b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated
☒  within one year immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE              DATE OF TERMINATION

**23.  Withdrawals from a partnership or distribution by a corporation**

None  If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒  including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF              DATE AND PURPOSE              AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP              OF WITHDRAWAL              DESCRIPTION AND VALUE
TO DEBTOR              OF PROPERTY

**24.  Tax Consolidation Group**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☒  any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.  Pension Funds**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒  which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
immediately preceding the commencement of the case.

NAME OF PENSION FUND              TAXPAYER IDENTIFICATION NUMBER (EIN)

*   *   *   *   *   *

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    November 9, 2005      Signature of Debtor    /s/ Christopher Michael-Angelo Thonet

CHRISTOPHER MICHAEL-ANGELO THONET

Date    November 9, 2005      Signature of Joint Debtor    /s/ Dieuwertje Wilhelmina Thonet

DIEUWERTJE WILHELMINA THONET

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.
(Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X
Signature of Bankruptcy Petition Preparer      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110;  18 U.S.C. §156.*

---

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

    0    continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

Form B6A
(10/05)

In re  Christopher M.A. Thonet & Dieuwertje W. Thonet      Case No.  05-15394-MWV
       **Debtor**                                                 **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence, 58 Witham Road, Belmont, NH | Joint tenancy in fee simple | J | 305,000.00 | 305,000.00 |
| Rental house, 16 Union Court, Boothbay Harbor, ME | Joint tenancy in fee simple | J | 255,000.00 | 258,000.00 |
| | | Total ➤ | 560,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet     Case No.  05-15394-MWV
          **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand | J | 475.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Joint checking account -- Pemigewasset National Bank | J | 676.00 |
| | | Business checking for Astrowebsite.com -- Pemigewasset Nat'l Bank | W | 50.00 |
| | | Business checking account for Cornelus Properties -- Pemigewasset Nat'l Bank | W | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishing | J | 3,500.00 |
| | | Located at debtor's residence | | |
| | | Household furniture and furnishings | J | 500.00 |
| | | Located at debtor's rental house in Boothbay Harbor, Maine | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | | | |

Form B6B-Cont
(10/05)

In re  Christopher M.A. Thonet & Dieuwertje W. Thonet        Case No.  05-15394-MWV
                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Wearing apprel<br><br>Located at debtor's residence | J | 150.00 |
| 7.   Furs and jewelry. | | Miscellaneous jewelry<br><br>Located at debtor's residence | J | 200.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | Weight machine, stationary bike, dumbells, 3 bicycles<br>Located at debtor's residence | J | 150.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Term life insurance -- Valley Forge Life Ins. Co.<br>Located at debtor's residence | W | 0.00 |
| | | Term life insurance -  Valley Forge Life Ins. Co.<br><br>Located at debtor's residence | H | 0.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Traditional IRA<br><br>On deposit at American Funds | W | 700.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647  -  0

In re    Christopher M.A. Thonet & Dieuwertje W. Thonet                          Case No.    05-15394-MWV
                          **Debtor**                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% of stock of Amsterdam Financial Corporation | W | 2,800.00 |
| | | 100% membership interest in Technical Development Services, LLC | J | 4,350.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Form B6B-Cont
(10/05)

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet          Case No.   05-15394-MWV
              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Ford F-250 pickup truck -- leased vehicle  Located at debtor's residence  no value in lease | H | 0.00 |
| | | 2000 Ford Expedition  Located at debtor's residence | W | 13,138.00 |
| | | 1974 GMC pickup  Located at debtor's residence | H | 0.00 |
| | | 1985 Chevy Caprice station wagon  Located at debtor's residence | W | 50.00 |
| | | 1975 Cadillac auto  Located at debtor's residence | H | 50.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

_____ continuation sheets attached     Total   $ _____

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Form B6B-Cont
(10/05)

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet                    Case No.   05-15394-MWV

                         **Debtor**                                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 0 | | 26,889.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet          Case No.   05-15394-MWV
_____                                    _____
         **Debtor**                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2):

☑   11 U.S.C. § 522(b)(3):

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence, 58 Witham Road, Belmont, NH | RSA 480 | 0.00 | 305,000.00 |
| Cash on hand | RSA 511:2 XVIII | 475.00 | 475.00 |
| Joint checking account -- Pemigewasset National Bank | RSA 511:2 XVIII | 676.00 | 676.00 |
| Business checking for Astrowebsite.com -- Pemigewasset Nat'l Bank | RSA 511:2 XVIII | 50.00 | 50.00 |
| Business checking account for Cornelus Properties -- Pemigewasset Nat'l Bank | RSA 511:2 XVIII | 100.00 | 100.00 |
| Household goods and furnishing | RSA 511:2 II<br>RSA 511:2 III<br>RSA 511:2 IV | 250.00<br>3,000.00<br>250.00 | 3,500.00 |
| Household furniture and furnishings | RSA 511:2 II<br>RSA 511:2 III<br>RSA 511:2 IV | 50.00<br>400.00<br>50.00 | 500.00 |
| Wearing apprel | RSA 511:2 I | 150.00 | 150.00 |
| Miscellaneous jewelry | RSA 511:2 XVII | 200.00 | 200.00 |
| Weight machine, stationary bike, dumbells, 3 bicycles | RSA 511:2 III | 150.00 | 150.00 |
| Traditional IRA | RSA 511:2 XIX | 700.00 | 700.00 |
| 100% of stock of Amsterdam Financial Corporation | RSA 511:2 XVIII | 2,800.00 | 2,800.00 |
| 100% membership interest in Technical Development Services, LLC | RSA 511:2 XVIII | 4,350.00 | 4,350.00 |
| 1985 Chevy Caprice station wagon | RSA 511:2 XVI | 50.00 | 50.00 |

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet      Case No.  05-15394-MWV
       **Debtor**                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1975 Cadillac auto | RSA 511:2 XVI | 50.00 | 50.00 |

Offical Form B6C (10/05)

Form B6D
(10/05)

**In re** Christopher M.A. Thonet & Dieuwertje W. Thonet      **Case No.** _05-15394-MWV_
       Debtor                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." See 11 U.S.C §112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00426370189945 <br><br> Chase <br> Home Equity Loan Servicing <br> P.O. Box 24714 <br> Columbus, OH  43224 | | J | Security: Residence, 58 Witham Road, Belmont, NH <br><br> VALUE $  305,000.00 | | | | 65,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Eastern Bank <br> P.O. Box 391 <br> Lynn, MA 01903-0491 | | H | Security: 2000 Ford Expedition <br><br> VALUE $  13,138.00 | | | | 14,800.00 | 1,662.00 |
| ACCOUNT NO. 0050211002 <br><br> First Horizon Home Loans <br> 400 Horizon Way <br> Irving, TX  75063 | | J | Security: Rental house, 16 Union Court, Boothbay Harbor, ME <br><br> VALUE $  255,000.00 | | | | 205,000.00 | 0.00 |
| ACCOUNT NO. 2770007047780 <br><br> Select Portfolio Services <br> 10401 Deerwood Park <br> Jacksonville, FL  32256 | | J | Security: Residence, 58 Witham Road, Belmont, NH <br><br> VALUE $  305,000.00 | | | | 240,000.00 | 0.00 |

_1_ continuation sheets attached

Subtotal ▶   $  524,800.00
(Total of this page)

Total ▶   $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Form B6D - Cont.
(10/05)

In re  Christopher M.A. Thonet & Dieuwertje W. Thonet        ,          Case No.    05-15394-MWV
_____                    _____
                        Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wells Fargo Bank, N.A.<br>P.O. Box 4233<br>Portland, OR 97208-4233 | | J | Lien: Second Mortgage<br>Security: Rental house, 16 Union Court, Boothbay Harbor, ME<br><br>VALUE $          255,000.00 | | | | 53,000.00 | 0.00 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no.  1  of  1  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | Subtotal ➤ | $ | 53,000.00 |
|---|---|---|---|
|  | (Total of this page) | | |
|  | Total ➤ | $ | 577,800.00 |
|  | (Use only on last page) | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Form B6E
(10/05)

In re Christopher M.A. Thonet & Dieuwertje W. Thonet _____,     Case No._____05-15394-MWV_____
                    Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the subsection of the Bankruptcy Code described below which assigns the priority, such as "Sec. 507(a)(4)."

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." Do not include the name or address of a minor child in this schedule. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. On the last sheet of this Schedule E, report the total of all claims entitled to priority under § 507(a)(1) and § 507(a)(8) in the box labeled "Total of Claims Entitled to Priority under §§ 507(a)(1) and (a)(8)" and report separately the total of all other claims in the box labeled "Total of ALL Claims Entitled to Priority." Report these totals also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Form B6E
(10/05)

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet_____,     Case No._05-15394-MWV_____
                          Debtor                                                 (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        _0_  continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Form B6F (10/05)

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet         Case No.   05-15394-MWV
　　　　　　　　　　Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed. R. Bankr. Proc. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5478841152460012 | | | Consideration: Credit card debt | | | | |
| Advanta Bank Corp. P.O. Box 8088 Philadelphia, PA 19101-8088 | | H | | | | | 17,015.33 |
| ACCOUNT NO.   5475841432600015 | | | Consideration: Credit card debt | | | | |
| Advanta Bank Corp. P.O. Box 8088 Philadelphia, PA 19101-8088 | | W | | | | | 6,683.91 |
| ACCOUNT NO.   3715-367354-61000 | | | Consideration: Credit card debt | | | | |
| American Express P.O. Box 1270 Newark, NJ  07101-1270 | | W | | | | | 6,697.96 |
| ACCOUNT NO.   371385344353004 | | | Consideration: Credit card debt | | | | |
| American Express Suite 1270 Newark, NJ 07101-1270 | | J | | | | | 49,774.61 |

_____7_____continuation sheets attached

Subtotal ➤ (Total of this page)    $    80,171.81

Total ➤ (Use only on last page)    $

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.  ver. 4.0.0-647 - 0

Form B6F - Cont.
(10/05)

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet   ,          Case No.   05-15394-MWV
          **Debtor**                                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  371701552201000<br><br>AMEX<br>P.O. Box 1270<br>Newark, NJ  07101-1270 | | H | Consideration: Credit card debt | | | | 6,629.81 |
| ACCOUNT NO.  37127417111003<br><br>AMEX<br>P.O. Box 360002<br>Ft. Lauderdale, FL  33336 | | W | Consideration: Credit card debt | | | | 49,774.61 |
| ACCOUNT NO.  4305500343122233<br><br>Bank of America, N.A.<br>P.O. Box 1758<br>Newark, NJ  07101-1758 | | H | Consideration: Credit card debt | | | | 6,651.05 |
| ACCOUNT NO.  4319041028902379<br><br>Bank of America, N.A.<br>P.O. Box 1758<br>Newark, NJ  07101-1758 | | W | Consideration: Credit card debt | | | | 1,398.19 |
| ACCOUNT NO.  4888607004317906<br><br>Bank of America, N.A.<br>P.O. Box 1758<br>Newark, NJ  07101-1758 | | H | Consideration: Credit card debt | | | | 20,366.74 |

Sheet no.  1  of  7  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 84,820.40
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647  - 0

Form B6F - Cont.
(10/05)

In re ___Christopher M.A. Thonet & Dieuwertje W. Thonet___,          Case No. ___05-15394-MWV___
               **Debtor**                                                                                  **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4339930000524332<br><br>Bank of America, N.A.<br>P.O. Box 60073<br>City of Industry, CA  91716-0073 | | H | Consideration: Credit card debt | | | | 2,981.72 |
| ACCOUNT NO.  4170080111059034<br><br>Bank of America, N.A.<br>P.O. Box 60073<br>City of Industry, CA  91716-0073 | | H | Consideration: Credit card debt | | | | 3,448.62 |
| ACCOUNT NO.  4002750099938458<br><br>Bank of America, N.A.<br>P.O. Box 60073<br>City of Industry, CA  91716-0073 | | W | Consideration: Credit card debt | | | | 9,833.33 |
| ACCOUNT NO.  4417122646728189<br><br>Chase<br>P.O. Box 15583<br>Wilmington, DE  19886-1194 | | H | Consideration: Credit card debt | | | | 4,384.23 |
| ACCOUNT NO.  4266851044954045<br><br>Chase<br>P.O. Box 15583<br>Wilmington, DE  19886-1194 | | W | Consideration: Credit card debt | | | | 7,645.55 |

Sheet no. __2__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal➤   $     28,293.45
        (Total of this page)
        Total➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Form B6F - Cont.
(10/05)

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet   ,          Case No.   05-15394-MWV
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4325420200068120 <br><br> Chase Bank, N.A. <br> P.O. Box 15153 <br> Wilmington, DE  19886-5153 | | H | Consideration: Credit card debt | | | | 8,005.56 |
| ACCOUNT NO.   4798608016038174 <br><br> Chase Bank, N.A. <br> P.O. Box 15153 <br> Wilmington, DE  19886-5153 | | H | Consideration: Credit card debt | | | | 7,047.46 |
| ACCOUNT NO.   4246311344012015 <br><br> Chase Bank, N.A. <br> P.O. Box 15153 <br> Wilmington, DE  19886-5153 | | H | Consideration: Credit card debt | | | | 5,695.69 |
| ACCOUNT NO.   4266841023334525 <br><br> Chase Card Services <br> P.O. Box  15298 <br> Wilmington, DE  19850 | | W | Consideration: Credit card debt | | | | 9,876.23 |
| ACCOUNT NO.   5491040550753256 <br><br> Chase Card Services <br> P.O. Box  15298 <br> Wilmington, DE  19850 | | W | Consideration: Credit card debt | | | | 12,282.31 |

Sheet no.  3  of  7  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $            42,907.25
(Total of this page)
Total➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Form B6F - Cont.
(10/05)

In re    Christopher M.A. Thonet & Dieuwertje W. Thonet    ,          Case No.    05-15394-MWV
                     **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5410654245517617<br><br>Citi Driver's Edge<br>P.O. Box 183501<br>Columbus, OH  43218-3051 | | W | Consideration: Credit card debt | | | | 14,912.62 |
| ACCOUNT NO.  4621201021806877<br><br>CitiBank Customer Service<br>P.O. Box 183051<br>Columbus, OH  43218-3051 | | W | Consideration: Credit card debt | | | | 544.62 |
| ACCOUNT NO.  5424180164185628<br><br>CitiBank Customer Service<br>P.O. Box 6062<br>Sioux Falls, SD  57117 | | H | Consideration: Credit card debt | | | | 25,891.75 |
| ACCOUNT NO.  5476417150059905<br><br>CitiBank Customer Service<br>P.O. Box 689197<br>Sioux Falls, SD  50368-9197 | | H | Consideration: Credit card debt | | | | 23,315.87 |
| ACCOUNT NO.  4122510011308767<br><br>CitiBusiness Card<br>P.O. Box 44180<br>Jacksonville, FL  32231-4180 | | W | Consideration: Credit card debt | | | | 7,870.38 |

Sheet no. _4_ of _7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $         72,535.24
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Form B6F - Cont.
(10/05)

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet   ,          Case No.   05-15394-MWV
                        Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5588378001982478<br><br>CitiBusiness Card<br>P.O. Box 6309<br>The Lakes, NV  88901 | | W | Consideration: Credit card debt | | | | 6,307.20 |
| ACCOUNT NO.  5588578002348401<br><br>CitiBusiness Card<br>P.O. Box 6309<br>The Lakes, NV 88901-6309 | | H | Consideration: Credit card debt | | | | 3,971.73 |
| ACCOUNT NO.  6035322020472852<br><br>CitiCard<br>P.O. Box 6029<br>The Lakes, NV  88901-6029 | | W | Consideration: Credit card debt | | | | 4,001.66 |
| ACCOUNT NO.  5458002400632431<br><br>Direct Merchants Bank<br>PO Box 21550<br>Tulsa, OK  74121-1550 | | H | Consideration: Credit card debt | | | | 10,209.26 |
| ACCOUNT NO.  6011001570607236<br><br>Discover Card Customer Service<br>P.O. Box 15251<br>Wilmington, DE  19886 | | W | Consideration: Credit card debt | | | | 11,670.27 |

Sheet no.   5   of   7   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $     36,160.12
(Total of this page)

Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647  - 0

Form B6F - Cont.
(10/05)

In re    Christopher M.A. Thonet & Dieuwertje W. Thonet  ,       Case No.    05-15394-MWV
                 **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   55407915018293081 <br><br>Household Bank Credit Services, Inc. <br>P.O. Box 17051 <br>Baltimore, MD  21297-1051 | | | Consideration: Credit card debt | | | | 1,522.39 |
| ACCOUNT NO.   5200011157657705 <br><br>MBNA America <br>P.O. Box 15137 <br>Wilmington, DE 19886-5137 | | H | Consideration: Credit card debt | | | | 25,501.27 |
| ACCOUNT NO.   4264291842045260 <br><br>MBNA America <br>P.O. Box 15137 <br>Wilmington, DE 19886-5137 | | W | Consideration: Credit card debt | | | | 40,753.91 |
| ACCOUNT NO.   5474870601109186 <br><br>MBNA America <br>P.O. Box 15469 <br>Wilmington, DE 19886-5649 | | H | Consideration: Credit card debt | | | | 5,096.67 |
| ACCOUNT NO. <br><br>Nassau Broadcasting - Hooksett <br>P.O. Box 14018 <br>Lewiston, ME 04243 | | W | | | | X | 1,000.00 |

Sheet no. _6_ of _7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal ➤ | $ | 73,874.24
(Total of this page)

                                         Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647  - 0

Form B6F - Cont.
(10/05)

In re    Christopher M.A. Thonet & Dieuwertje W. Thonet    ,          Case No. ___05-15394-MWV_____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4185867527826664 <br><br> Providian <br> P.O. Box 660487 <br> Dallas, TX  75266-0487 | | H | Consideration: Credit card debt | | | | 1,483.61 |
| ACCOUNT NO.   4185862574096576 <br><br> Providian <br> P.O. Box 660487 <br> Dallas, TX 75266-0487 | | H | Consideration: Credit card debt | | | | 8,592.24 |
| ACCOUNT NO.   5121071861516155 <br><br> Sears Card <br> P.O. Box 182156 <br> Columbus, OH  43218 | | H | Consideration: Revolving charge account | | | | 6,128.39 |
| ACCOUNT NO.   400536827 <br><br> St. Mary's Bank <br> P.O. Box 720 <br> Manchester, NH 03105-0720 | X | | co-signer on daughter's car lease | X | | | 13,820.00 |
| ACCOUNT NO.   WMEXF0161-R <br><br> WMEX-FM - Radio Accounting Service <br> 3312 West Peterson Ave. <br> Chicago, IL 60659 | | J | Consideration: Advertising | | | | 379.00 |

Sheet no. __7__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 30,403.24
(Total of this page)
Total ▶ | $ | 449,165.75
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Official Form B6G
(10/05)

05-15394-MWV

In re    Christopher M.A. Thonet & Dieuwertje W. Thonet

Case No. _____

**Debtor**

**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Chase Auto Finance<br>P.O. Box 830211<br>Baltimore, MD  21283-0211 | Lease of Ford F-250 pickup<br>Account 4320350695-1 |
| Robert Bourgeois<br>520 Edgewater Dr.<br>Gilford, NH | Lease of office space for Ansterdam Financial Corp. |
| St. Mary's Bank<br>200 McGregor St.<br>Manchester, NH 03102 | Co-signer on daughter's car lease |
| | |
| | |
| | |
| | |

Official Form B6H
(10/05)

In re    Christopher M.A. Thonet & Dieuwertje W. Thonet      Case No.    05-15394-MWV
                 **Debtor**                                                                **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eveline N. Groeneveld<br>9 Green St., Apt. #1<br>Concord, NH 03301 | St. Mary's Bank<br>200 McGregor St.<br>Manchester, NH 03102 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Form B6I
10/05

In re ___Christopher M.A. Thonet & Dieuwertje W. Thonet___    Case No. ___05-15394-MWV___
          Debtor                                                      (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP  son | AGE  6 |

| Employment: Occupation | DEBTOR  Machinist | SPOUSE  Mortgage broker |
|---|---|---|
| Name of Employer | Technical Development Services, LLC | Amsterdam Financial Corp. |
| How long employed | 8 months | 5 months |
| Address of Employer | 58 Witham Road | dba MortgageMade4You.com |
| | Belknap, NH 03220 | Laconia, NH 03246 |

**Income:** (Estimate of monthly income as of the filing of the petition)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 3,700.00 | $ 3,200.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 3,700.00 | $ 3,200.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 838.05 | $ 168.56 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 838.05 | $ 168.56 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 2,861.95 | $ 3,031.44 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) _____ | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF INCOME REPORTED ONLINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. | TOTAL MONTHLY INCOME (Add amounts shown on Lines 6 through 14.) | $ 2,861.95 | $ 3,031.44 |

16.  TOTAL COMBINED MONTHLY INCOME     $ ___5,893.39___          (Report also on Summary of Schedules)

17.  Describe any increase [or decrease] in income anticipated to occur within the year following the filing of this document:

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-647 - 0

In re    Christopher M.A. Thonet & Dieuwertje W. Thonet        Case No.    05-15394-MWV
        Debtor

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)     $    2,024.25
    a. Are real estate taxes included?    Yes _____ No ___✓___
    b. Is property insurance included?    Yes _____ No ___✓___
2. Utilities: a. Electricity and heating fuel    $    530.00
    b. Water and sewer    $    0.00
    c. Telephone    $    70.00
    d. Other Cable, Internet, Cell phones    $    200.00
3. Home maintenance (repairs and upkeep)    $    50.00
4. Food    $    800.00
5. Clothing    $    25.00
6. Laundry and dry cleaning    $    10.00
7. Medical and dental expenses    $    225.00
8. Transportation (not including car payments)    $    500.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.    $    100.00
10. Charitable contributions    $    10.00
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's    $    55.00
    b. Life    $    90.00
    c. Health    $    405.00
    d. Auto    $    150.00
    e. Other    $    0.00
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify)    Real estate taxes    $    350.00
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto    $    0.00
    b. Other    2 Vehicles    $    977.81
    c. Other    $    0.00
14. Alimony, maintenance, and support paid to others    $    0.00
15. Payments for support of additional dependents not living at your home    $    0.00
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)    $    0.00
17. Other    Cushion for unexpected expenses    $    100.00
18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $    6,672.06
19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
    a. Total projected monthly income    (Includes spouse income of $3,031.44.  See Schedule I)    $    5,893.39
    b. Total projected monthly expenses    $    6,672.06
    c. Monthly net income (a. minus b.)    (Net includes Debtor/Spouse combined Amounts)    $    -778.67

*[Chapter 12 and 13 Debtors Only: State amount and whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.]*
21. Total amount to be paid into plan $_____N.A._____ each _____N.A._____ (interval).

Bankruptcy 2005 ©1991-2005, New Hope Software, Inc. - ver 4.0.0-647 - 0

In re     Christopher M.A. Thonet & Dieuwertje W. Thonet                    Case No.    05-15394-MWV
_____                                            _____
                    **Debtor**                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 25 _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.         *(Total shown on summary page plus 1.)*

Date   November 9, 2005                          Signature:   /s/ Christopher Michael-Angelo Thonet
     _____                            _____
                                                                            Debtor:

Date   November 9, 2005                          Signature:   /s/ Dieuwertje Wilhelmina Thonet
     _____                            _____
                                                                      (Joint Debtor, if any)

                                                          [If joint case, both spouses must sign.]

---------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer             Social Security No.
                                                                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____                    _____
     Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.         *(Total shown on summary page plus 1.)*

Date _____             Signature: _____

                                                    _____
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-647 - 0

**Form B8 (Official Form 8)**
**(10/05)**

## UNITED STATES BANKRUPTCY COURT
### District of New Hampshire

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet   ,          Case No.      05-15394-MWV

　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*[Check each applicable box]*

☑  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be Reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2000 Ford Expedition | Eastern Bank | | | | √ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| NONE | | |

Date:    November 9, 2005                          /s/ Dieuwertje Wilhelmina Thonet

　　　　　　　　　　　　　　　　　　　　Signature of Joint Debtor    DIEUWERTJE WILHELMINA THONET

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.  (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal responsible person or partner who signs this document.*

_____

Address

X_____          _____

Signature of Bankruptcy Petition Preparer          Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647  -  0

## UNITED STATES BANKRUPTCY COURT
### District of New Hampshire

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet   ,       Case No.      05-15394-MWV
                          Debtor                                                    Chapter 7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*[Check each applicable box]*

☑   We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☐   We have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑   We intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be Reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Residence, 58 Witham Road, ... | Select Portfolio Services | | | | √ |
| Residence, 58 Witham Road, ... | Chase Home Equity Loan ... | | | | √ |
| Rental house, 16 Union Court,... | First Horizon Home Loans | | | | √ |
| Rental house, 16 Union Court,... | Wells Fargo Bank | | | | √ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| NONE | | |

Date:   November 9, 2005            /s/ Christopher Michael-Angelo Thonet

                                    Signature of Debtor       CHRISTOPHER MICHAEL-ANGELO THONET

Date:   November 9, 2005            /s/ Dieuwertje Wilhelmina Thonet

                                    Signature of Joint Debtor    DIEUWERTJE WILHELMINA THONET

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.  (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal responsible person or partner who signs this document.*

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

B203
12/94

# United States Bankruptcy Court
## District of New Hampshire

In re  Christopher M.A. Thonet & Dieuwertje W. Thonet

Case No. _____05-15394-MWV_____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

    For legal services, I have agreed to accept ...........................…………………........... $ _____959.00_____

    Prior to the filing of this statement I have received ........…………………............... $ _____959.00_____

    Balance Due ...............................…………………………………………................... $ _____0.00_____

2. The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

November 9, 2005
_____
*Date*

/s/ Grenville Clark III
_____
*Signature of Attorney*

Gray, Wendell & Clark, P.C.
_____
*Name of law firm*

Form 6-Summary
(10/05)

# United States Bankruptcy Court
## District of New Hampshire

In re   Christopher M.A. Thonet & Dieuwertje W. Thonet      Case No.   05-15394-MWV

                       Debtor                             Chapter   7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 560,000.00 | | |
| B – Personal Property | YES | 5 | $ 26,889.00 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 577,800.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 449,165.75 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5,893.39 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 6,672.06 |
| **TOTAL** | | 24 | $ 586,889.00 | $ 1,026,965.75 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
## District of New Hampshire

In re    Christopher M.A. Thonet & Dieuwertje W. Thonet

Debtor

Case No.    05-15394-MWV

Chapter    7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES
## (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

The foregoing information is for statistical purposes only under 28 U.S.C § 159.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-647 - 0